**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., et al.,

Defendants.

Civil No. 00-1478 ADM/AJB

**ORDER ON MOTIONS TO COMPEL DISCOVERY AND TO ADD PARTIES**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion to join additional parties and claims [Docket No. 10], plaintiff's motion to compel and to extend discovery [Docket No. 14], and defendants' motion to compel [Docket No. 7]. Hearing was held on January 18, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Alfred M. Stanbury, Esq., appeared on behalf of the plaintiff. Julianne E. Ortmann, Esq., and Raymond E. Ortmann, Jr., Esq., appeared on behalf of the defendants.

Based upon the file and documents contained therein, along with memorandums, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to compel disclosures required pursuant to Fed. R. Civ. P. 26 is **denied** [Docket No. 7]. Plaintiff is required to make the disclosures at issue pursuant to outstanding discovery requests for which responses are due on or before January 31, 2001. The deadline for adding additional parties is extended to February 19, 2001. Defendants' request for an award of sanctions is denied.

2. Plaintiff's motion to compel and to extend deadlines is **granted in part and**



JAN 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**denied in part** [Docket No. 14]. The deadline for completion of discovery is extended to April 1, 2001. Plaintiff's motion for discovery is denied as moot except to the extent that defendant shall provide known and easily discernable addresses, phone numbers and current employment status of persons identified as having knowledge or information relating to this case.

3. Plaintiff's motion to add parties and claims is **granted in part and denied in part** [Docket No. 10]. The motion to add parties and claims with respect to Bob Ryan Motors, Inc. is granted per defendants' stipulation. The motion to add Tom Ryan, individually, as a defendant is denied. Plaintiff is permitted to serve and file an amended complaint consistent with the Court's Order.

Dated: 1/19/01

Arthur J. Boylan
United States Magistrate Judge