**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., et al.,

Defendants.

Civil No. 00-1478 ADM/AJB

**ORDER ON SCHEDULING**

This matter came before the Court, Magistrate Judge Arthur J. Boylan, by telephone conference on matters relating to document disclosures pursuant to subpoena duces tecum and the deadline for adding parties. Hearing was held on February 9, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Alfred M. Stanbury, Esq., appeared by telephone on behalf of the plaintiff. Julianne E. Ortmann, Esq., appeared by telephone on behalf of the defendants. Based upon the file and documents contained therein, along with arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request that defendants be ordered to disclose a balance sheet and a transfer of ownership document pursuant to subpoena duces tecum is **denied**.

2. Plaintiff's motion to extend deadlines is **granted**. The deadline for amending pleadings and adding additional parties is extended to March 21, 2001.

Dated: 2/9/01

Arthur J. Boylan
United States Magistrate Judge

FEB 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK