**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., et al.,

Defendants.

Civil No. 00-1478 ADM/AJB

**ORDER ON MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on defendants' motion for leave to file a third-party complaint against Ford Motor Credit Co., Inc., and Debra Kreatz [Docket No. 49]. Hearing was held on March 21, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Alfred M. Stanbury, Esq., appeared on behalf of the plaintiff. Julianne E. Ortmann, Esq., appeared on behalf of the defendants.

Based upon the file and documents contained therein, along with memorandums, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that defendants' motion for leave to file a third-party complaint, therein naming Ford Motor Credit Co., Inc., and Debra Kreatz as third-party defendants, is **denied** [Docket No. 49]. The Court finds that the proposed third-party defendants are not necessary parties in this litigation. The claims between the present parties can be fairly resolved without the involvement of additional named parties. Although the Court is persuaded that the presence Ford Motor Credit and Ms. Kreatz as witnesses would neither simplify nor complicate the trial with respect to a jury's ability to appreciate the facts and claims, their presence as parties to the litigation would significantly and



FILED MAR 2 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

unduly complicate the case and unreasonably widen the scope of the litigation. Furthermore, the addition of the proposed parties to the litigation would delay final resolution of this matter and is not excused by the discovery of new evidence or other recent developments. The identities and nature of involvement of the proposed parties has been known to the defendant since the case was commenced. Finally, there is no showing that defendants cannot present claims for appropriate relief through separate litigation.

Dated: 3/22/01

Arthur J. Boylan
United States Magistrate Judge