UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Dawn Edlund,

Civil No. 00-1478 ADM/AJB

Plaintiff,

v.

**FOURTH ORDER ON DISCOVERY**

Ridgedale Automotive, Inc., et al.,

Defendants.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion for determination of sufficiency of answers to plaintiff's request for admissions of Bob Ryan Motors, Inc. [Docket No. 62]. Hearing was held on April 11, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Alfred M. Stanbury, Esq., appeared on behalf of the plaintiff. Julianne E. Ortmann, Esq., appeared by telephone on behalf of the defendants.

Based upon the file and documents contained therein, along with memorandums, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for determination of sufficiency of answers to plaintiff's request for admissions of Bob Ryan Motors, Inc. is **denied** [Docket No. 62]. The Court finds that defendants sufficiently responded to initial admissions request Nos. 3, 7, 9, 10, and 13, in light of information available to them at the time. Based upon subsequent supplementation of admissions, the motion is moot to the extent any further responses to admissions requests are required.



APR 13 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff's request for sanctions pursuant to Fed. R. Civ. P. 37(a)(4)(A), arising out of defendant's alleged failure to adequately respond to initial admissions requests, is **denied**.

Dated: 4/13/01

Arthur J. Boylan
United States Magistrate Judge