**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dawn Edlund,

Civil No. 00-1478 ADM/AJB

Plaintiff,

v.

Ridgedale Automotive, Inc., et al.,

**ORDER ON REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND MOTION FOR EXTENSION OF TIME**

Defendants.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, 638 U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101, on plaintiff's request for leave to file motion to reconsider the Court's Fourth Order on Discovery dated April 13, 2001, and defendants' request for extension of time to serve and file dispositive motions. Alfred M. Stanbury, Esq., represents the plaintiff. Julianne E. Ortmann, Esq., represents the defendants.

Based upon the file and documents contained therein, along with plaintiff's written request and the Court's previous Order on discovery, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for reconsideration is **denied.** The initial motion asked the Court to determine the sufficiency of answers to plaintiff's request for admissions, and the Court found that defendant's responses were sufficient under the circumstances. In this instance the Court's modest elaboration for purposes of explanation was superfluous to the decision, and in retrospect, regrettable though not incorrect. The Court will not entertain a motion to reconsider and the present ruling on admissions stands. Plaintiff counsel's attention and focus on the minutiae of discovery and pretrial posturing demands Court intervention that simply does not appear to be warranted by the facts and claims in this case, negative pregnants notwithstanding.

FILED APR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. Defendants' request for extension of time to serve and file dispositive motions is **granted** as provided herein. Motions for summary judgment shall be filed on or before June 1, 2001. Responsive briefing, filing and oral argument shall proceed in accordance with the procedures established under Local Rule 7.1(b)(2).

Dated: 23 01

Arthur J. Boylan
United States Magistrate Judge