**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., et al.,

Defendants.

Civil No. 00-1478 ADM/AJB

**ORDER ON MOTIONS**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's renewed motion for order requiring posting of bond by defendant Bob Ryan Motors, Inc. [Docket No. 77]. Hearing was held on April 30, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Alfred M. Stanbury, Esq., appeared on behalf of the plaintiff. There was no appearance on behalf of the defendants.

Based upon the file and documents contained therein, along with memorandums, affidavits, and exhibits submitted by plaintiff's counsel, **IT IS HEREBY ORDERED** that plaintiff's motion for an order conditioning the issuance of a prejudgment attachment order on the posting of bond in the amount of $100,000 is **denied**. [Docket No. 77]. The "new evidence" submitted by plaintiff in support of her motion for bond is not sufficient to cause the Court to change its prior determination that bond is not appropriate or necessary. The Court further finds no extraordinary circumstances in this case to justify prejudgment attachment of defendant's property pursuant to Minn. Stat. § 570.02 or Minn. Stat. § 570.025.

Dated: 5/1/01

Arthur J. Boylan
United States Magistrate Judge

FILED MAY 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________