**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., et al.,

Defendants.

Civil No. 00-1478 ADM/AJB

**ORDER ON MOTIONS FOR PROTECTIVE ORDER AND SANCTIONS**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion protective order [Docket Nos. 105 and 130] and for sanctions [Docket Nos. 112 and 130]. Hearing was held on September 10, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Alfred M. Stanbury, Esq., appeared on behalf of the plaintiff. Julianne E. Ortmann, Esq., Jr., Esq., appeared on behalf of the defendants.

Based upon the file and documents contained therein, along with memorandums, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for protective order is **denied as moot** [Docket Nos. 105 and 130]. This motion involved conditions relating to inspection of the vehicle that is the subject of this litigation. The matter is resolved pursuant to agreement of the parties which is attached as an exhibit to this Order.

2. Plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 11 is **denied** [Docket Nos. 112 and 130]. In particular, plaintiff's requests that Tom Ryan be added as a defendant in this matter and that defenses be stricken, are not justified on the record in this



FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

matter. The Court is persuaded that defendants' amended joint answer was not signed and filed in the absence of appropriate inquiry by counsel; pleadings were not presented to cause unnecessary delay or for the purpose of increasing the cost of litigation; asserted defenses are not unwarranted under existing law; and denials of fact contentions were not improper. Furthermore, the motions are untimely, and plaintiff's request to add Tom Ryan as an individual defendant was previously denied by Order dated January 19, 2001. Plaintiff's request for monetary sanctions are likewise denied.

3. Defendant's request for Rule 11 sanctions and attorney fees is **denied** [Docket No. 134]. The Court finds that the competing requests for sanctions and fees under the circumstances of this matter is merely an improper reflection of the contentiousness of the litigation and finds no justification for such sanctions or requests for fees by either party.

Dated: 9/11/01

Arthur J. Boylan
United States Magistrate Judge

00-1478 ADM/AJB

Date September 10, 2001.

The parties have agreed that Defendants may pick up the vehicle at Plaintiff's place of employment, Medtronic, 7000 Central Ave. NE., Minneapolis MN 55432 on any day next week (with 24 hours advance notice) for inspection pursuant to the Court's Order of March 14, 2001.

Defendants agree to insure the vehicle while it is in their possession and will hold Plaintiff harmless for any damage or any injury occurring while the car is in their possession.

By Alfred Stanbury

Alfred Stanbury

By Julianne Ortman

[signature]

Dawn Edlund

[signature]

Thomas J. Ryan

[signature]

Exhibit to Order on Motions for Protective Order and Sanctions

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500