UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dawn Edlund,

Plaintiff,

v.

**ORDER**
Civil No. 00-1478 ADM/AJB

Ridgedale Automotive, Inc., et al.,

Defendants.

---

The above matter came on for telephonic hearing before the undersigned United States District Judge on the 18th day of September, 2001. The attorneys for the Plaintiff, Alfred Stanbury, and Defendants, Julianne Ortman, presented oral argument. Plaintiff appeals Magistrate Judge Boylan's Order dated September 18, 2001 directing inspection of the vehicle's brakes and braking system, allowing disassembly of the car for the purpose of conducting the inspection, and requiring Defendants to return the vehicle to the Plaintiff in the same condition as it existed immediately prior to their taking possession of it. The Court having considered the defense motion and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Judge Boylan's Order dated September 18, 2001 is **AFFIRMED**;

2. The additional requirement for the inspection is imposed that: the entire inspection is to be video recorded by a disinterested person jointly agreed upon by both Plaintiff and Defendants. If a suitable videotape operator is not agreed upon by both parties, the Court

SEP 1 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

must be notified by 11 a.m., Wednesday, September 19, 2001 and the Court will appoint the videotape operator. The fee of the videotape operator is to be paid equally by the parties.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2001