UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DAWN EDLUND,

Plaintiff,

v.

RIDGEDALE AUTOMOTIVE, INC., ET AL.,

Defendants.

Civil No. 00-1478 ADM/AJB

ORDER

The above matter came on for hearing before the undersigned magistrate judge on the 18th day of September at 1:30 o'clock p.m. The attorneys for the Plaintiff and Defendant appeared by telephone. The court having considered the defense motion for an amended order allowing the inspection of Plaintiff's car and having considered the arguments of counsel, hereby orders as follows:

1. Defense expert shall be entitled to inspect the vehicle's brakes and braking system while the car is in Defendant's possession;
2. Defendants shall be entitled to disassemble the car for purposes of inspecting the brakes and braking system;
3. Defendants shall be responsible for returning the vehicle to Plaintiff in the same condition as it existed immediately prior to their taking possession of the same.

Dated: 9/18/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed SEP 18 2001
Richard Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500