# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dawn Edlund

v.

Ridgedale Automotive, Inc., a Minnesota corporation d/b/a Morrie's Minnetonka Ford and f/k/a Bob Ryan Motors, Inc., and Bob Ryan Motors, Inc., a Minnesota corporation

Case No. Civil 00-1478 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff and against defendants for $39,000.00.

DATE: December 7, 2001

FRANCIS E. DOSAL, CLERK

Cynthia J. Francis, Deputy Clerk

198