**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., a Minnesota corporation d/b/a Morrie's Minnetonka Ford and f/k/a Bob Ryan Motors, Inc., and Bob Ryan Motors, Inc., a Minnesota corporation,

Defendants.

**ORDER**
Civil No. 00-1478 ADM/AJB

---

Alfred M. Stanbury, Esq., Stanbury Law Firm, PA, Minneapolis, MN, on behalf of Plaintiff.

Klay Ahrens, Esq., Johnson & Van Vliet, LLP, St. Paul, MN, on behalf of Defendants.

---

This matter comes before the undersigned United States District Judge on Plaintiff Dawn Edlund's ("Plaintiff") Motion for Relief from Order and Judgment Pursuant to Fed. R. Civ. P. 60(b)(4) and (6) [Docket No. 212]. Plaintiff moves for an Order amending the Judgment to include an award of costs and attorney's fees. This matter was previously considered in the December 7, 2001 Order [Docket No. 197] of this Court. The denial of an award of attorneys' fees to the prevailing Plaintiff as a sanction for Plaintiff's counsel's knowing, intentional and bad faith failure to comply with discovery obligations was reviewed and affirmed, without opinion, by the Eighth Circuit Court of Appeals. Edlund v. Ridgedale Automotive, Inc., No. 01-3965, 2002 WL 31455108, at *1 (8th Cir. Nov. 5, 2002). The United States Supreme Court subsequently denied certiorari of the case. U.S.L.W. Vol. 71, No. 32 at 3544 (February 25, 2003) (No. 02-1047).

FILED 5·12·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief from Order and Judgment Prusuant to Fed. R. Civ. P. 60(b)(4) and (6) [Docket No. 212] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: May 12, 2003