**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., a Minnesota corporation d/b/a Morrie's Minnetonka Ford and f/k/a Bob Ryan Motors, Inc., and Bob Ryan Motors, Inc., a Minnesota corporation,

Defendants.

**ORDER**
Civil No. 00-1478 ADM/AJB

---

Alfred M. Stanbury, Esq., Stanbury Law Firm, PA, Minneapolis, MN, on behalf of Plaintiff.

Klay Ahrens, Esq., Johnson & Van Vliet, LLP, St. Paul, MN, on behalf of Defendants.

---

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Findings Pursuant to Fed. R. Civ. P. 52(b) [Docket No. 216] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: May 19, 2003

FILED MAY 19 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK