**United States District Court**
**District of Minnesota**

Civil Action, File Number 00-1478 (ADM/AJB)

---

DAWN EDLUND,

Plaintiff,

*v.*

**NOTICE OF APPEAL**

RIDGEDALE AUTOMOTIVE, INC. a Minnesota corporation d/b/a MORRIE'S MINNETONKA FORD and f/k/a BOB RYAN MOTORS, INC., and BOB RYAN MOTORS, INC., a Minnesota corporation,

Defendants.

---

**TO:** DEFENDANTS ABOVE-NAMED AND THEIR ATTORNEY, KLAY AHRENS, ESQ., JOHNSON & VAN VLIET, LLP, 332 MINNESOTA STREET, ST. PAUL, MN 55101.

NOTICE IS HEREBY GIVEN that Dawn Edlund, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit (i) from the trial court's Order filed on May 12, 2003, which summarily denied Edlund's Rule 60(b)(4) and (6) motion to vacate a judgment as void to the extent that it omitted to include an award of statutorily-mandated attorney's fees and costs.and (ii) from the trial court's Order filed on May 19, 2003, which summarily denied Edlund's Rule 52(b) motion to amend findings in the Order denying Edlund's Rule 60(b)(4) motion. A copy of said Orders are attached as



(219)

FILED JUN 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Exhibits 1 and 2.

Dated: June 11, 2003.

STANBURY LAW FIRM P.A.

Alfred Stanbury

ALFRED STANBURY
A.I.N. 190457
2209 St. Anthony Parkway
Minneapolis, MN 55418
(612) 789-5060
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dawn Edlund,

Plaintiff,

v.

Ridgedale Automotive, Inc., a Minnesota corporation d/b/a Morrie's Minnetonka Ford and f/k/a Bob Ryan Motors, Inc., and Bob Ryan Motors, Inc., a Minnesota corporation,

Defendants.

**ORDER**
Civil No. 00-1478 ADM/AJB

---

Alfred M. Stanbury, Esq., Stanbury Law Firm, PA, Minneapolis, MN, on behalf of Plaintiff.

Klay Ahrens, Esq., Johnson & Van Vliet, LLP, St. Paul, MN, on behalf of Defendants.

---

This matter comes before the undersigned United States District Judge on Plaintiff Dawn Edlund's ("Plaintiff") Motion for Relief from Order and Judgment Pursuant to Fed. R. Civ. P. 60(b)(4) and (6) [Docket No. 212]. Plaintiff moves for an Order amending the Judgment to include an award of costs and attorney's fees. This matter was previously considered in the December 7, 2001 Order [Docket No. 197] of this Court. The denial of an award of attorneys' fees to the prevailing Plaintiff as a sanction for Plaintiff's counsel's knowing, intentional and bad faith failure to comply with discovery obligations was reviewed and affirmed, without opinion, by the Eighth Circuit Court of Appeals. Edlund v. Ridgedale Automotive, Inc., No. 01-3965, 2002 WL 31455108, at *1 (8th Cir. Nov. 5, 2002). The United States Supreme Court subsequently denied certiorari of the case. U.S.L.W. Vol. 71, No. 32 at 3544 (February 25, 2003) (No. 02-1047).

**EXHIBIT 1**

FILED 5-12-03
RICHARD D SLETTEN, CLERK

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief from Order and Judgment Prusuant to Fed. R. Civ. P. 60(b)(4) and (6) [Docket No. 212] is **DENIED.**

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: May 12, 2003

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dawn Edlund.

Plaintiff.

v.

**ORDER**
Civil No. 00-1478 ADM/AJB

Ridgedale Automotive, Inc., a Minnesota corporation d/b/a Morrie's Minnetonka Ford and f/k/a Bob Ryan Motors, Inc., and Bob Ryan Motors, Inc.. a Minnesota corporation.

Defendants.

---

Alfred M. Stanbury, Esq., Stanbury Law Firm, P.A. Minneapolis, MN, on behalf of Plaintiff.

Klay Ahrens. Esq.. Johnson & Van Vliet. LLP, St. Paul. MN, on behalf of Defendants.

---

Based on all the files. records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Findings Pursuant to Fed. R. Civ. P. 52(b) [Docket No. 216] is **DENIED**.

BY THE COURT:

Date: May 19, 2003

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

**EXHIBIT 2**

FILED MAY 1 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** June 13, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Gloria Schneider, Deputy Clerk

**In Re:** District Court Case No.: 00-CV-1478 ADM/AJB
Eighth Circuit Case No.:
Case Title: Dawn Edlund VS Ridgedale Automotive, Inc. et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☒ Other:
  - ☒ The statutory filing fee has been paid, receipt # 267692.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ________________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: 3 days

Financial Status:

Fee Paid? ☒ Yes, receipt # 267692 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☒ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☒ Yes ☐ No

If yes, please identify the court reporter:

Name: Tim Willette
Address: 300 South 4th Street - Room 1026
Minneapolis, MN 55415
Phone: 612/ 664-5108

☒ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☐ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

G. Schneider

Gloria Schneider, Deputy Clerk