00-1478 ADM/AJB

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-2605

---

| | | |
|---|---|---|
| Dawn Edlund, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Ridgedale Automotive, Inc., a | * | District of Minnesota. |
| Minnesota corporation d/b/a Morrie's | * | |
| Minnetonka Ford and f/k/a Bob Ryan | * | [UNPUBLISHED] |
| Motors, Inc.; Bob Ryan Motors, Inc., a | * | |
| Minnesota corporation; | * | |
| | * | |
| Appellees. | | |

---

Submitted: June 8, 2004
Filed: June 14, 2004

---

Before RILEY, LAY, and McMILLIAN, Circuit Judges.

---

PER CURIAM.

Dawn Edlund appeals from the district court's[1] denial of her Federal Rules of Civil Procedure 52(b) and 60(b) motions in which she requested that the district court amend its judgment to include an award of attorney's fees and costs. After careful

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

SCANNED
AUG 16 2004
U.S. DISTRICT COURT MPLS

review of the record, including Edlund's prior unsuccessful appeal, we conclude that the instant appeal is governed by the law-of-the-case doctrine. See Jones v. United States, 255 F.3d 507, 510 (8th Cir. 2001) (all issues decided by appellate court become law of the case; this rule extends not only to actual holdings but also to all issues implicitly settled in prior holdings); Edlund v. Ridgedale Auto., Inc., No. 01-3965, 2002 WL 31455108, at *1 (8th Cir. Nov. 5, 2002) (unpublished per curiam), cert. denied, 537 U.S. 1194 (2003).

Accordingly, we affirm.

---

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans